UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BHUTAN INTERNATIONAL FESTIVAL, LIMITED; BHUTAN DRAGON EVENTS AND FESTIVALS, LIMITED,<br><br>                          Plaintiffs,<br><br>vs.<br><br>EDEN PROJECT; EDEN PROJECT LIMITED; EDEN LAB; AND EDENLAB LTD.,<br><br>                          Defendants. | 1:17-cv-08980-VEC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I hereby enter my appearance in the above-referenced matter on behalf of Defendants Eden Project[1] and Eden Project Limited, and request that copies of all future pleadings, notices, correspondence and other papers be served upon me at the address listed below.  I hereby certify that I am admitted to practice before this honorable Court.

New York, New York
February 5, 2018

Respectfully submitted,

SEWARD & KISSEL LLP

By:   /s/ Mark J. Hyland
          Mark J. Hyland

One Battery Park Plaza
New York, New York  10004
Tel:  (212) 574-1200
Fax: (212) 480-8421
Hyland@sewkis.com

*Attorneys for Defendants Eden Project and Eden Project Limited*

SK 29739 0001 7813828

---

[1] We are not aware of an entity named "Eden Project."  We represent Eden Project Limited, and, to the extent the Eden Project named in the caption is meant to include Eden Project Limited, we appear for both.