UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BHUTAN INTERNATIONAL FESTIVAL, LIMITED; BHUTAN DRAGON EVENTS AND FESTIVALS, LIMITED,<br><br>         Plaintiffs,<br><br>vs.<br><br>EDEN PROJECT; EDEN PROJECT LIMITED; EDEN LAB; AND EDENLAB LTD.,<br><br>         Defendants. | 1:17-cv-08980-VEC<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that I hereby enter my appearance in the above-referenced matter on behalf of Defendants Eden Project[1] and Eden Project Limited, and request that copies of all future pleadings, notices, correspondence and other papers be served upon me at the address listed below.  I hereby certify that I am admitted to practice before this honorable Court.

New York, New York
February 6, 2018

               Respectfully submitted,

               SEWARD & KISSEL LLP

               By:   /s/ Tamara Rozina
                   Tamara Rozina

               One Battery Park Plaza
               New York, New York  10004
               Tel:  (212) 574-1200
               Fax: (212) 480-8421
               Rozina@sewkis.com

               *Attorneys for Defendants Eden Project and Eden Project Limited*

SK 29739 0001 7814137

---

[1] We are not aware of an entity named "Eden Project."  We represent Eden Project Limited, and, to the extent the Eden Project named in the caption is meant to include Eden Project Limited, we appear for both.