UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
BHUTAN INTERNATIONAL FESTIVAL,            :
LIMITED, and BHUTAN DRAGON EVENTS         :
AND FESTIVALS, LIMITED,                    :
                                           :
                            Plaintiffs,    :
                                           :
            -against-                      :
                                           :
                                           :
EDEN PROJECT, EDEN PROJECT LIMITED,       :
EDEN LAB, and EDENLAB LTD.,                :
                                           :
                            Defendants.  X
------------------------------------------------------------
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:____2/6/2018____ |

17-CV-8980 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

 WHEREAS on November 16, 2017 (Dkt. 1), Plaintiff filed the Complaint in this action; and

 WHEREAS on February 2, 2018 (Dkt. 7), Defendants Eden Project and Eden Project Limited moved for an extension of time to respond to the Complaint; and

 WHEREAS Defendants Eden Lab and EdenLab Ltd. have not yet appeared in this action;

 IT IS HEREBY ORDERED THAT the deadline for Defendants Eden Project and Eden Project Limited to respond to the Complaint is extended to **February 23, 2018**.

 IT IS FURTHER ORDERED THAT no later than **February 14, 2018**, Plaintiffs must either file affidavits of service for Defendants Eden Project and Eden Project Limited or, alternatively, show cause why the claims against those Defendants should not be dismissed for failure to prosecute.

 IT IS FURTHER ORDERED THAT all parties must appear before this Court for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil

Procedure on **February 23, 2018 at 10:00 a.m.**, Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.  The IPTC shall be governed by the following procedures:

    1.    Pursuant to section 1.C of the Court's Individual Practices in Civil Cases, requests for adjournment of the IPTC or any other conference must be made in writing at least 48 hours prior to the scheduled conference.  The request must state (1) the reason for the proposed adjournment; (2) the original date of the conference; (3) the number of previous requests for adjournment; (4) whether the other party or parties consent and, if not, the reason given for refusing consent; and (5) proposed alternative dates.  The Court encourages plaintiffs to serve defendants promptly.  Requests for adjournment of the IPTC will not necessarily be granted on the ground that one or more Defendants have not been served or answered prior to the scheduled IPTC.

    2.    The parties are directed to submit a joint letter of no more than five pages by **February 15, 2018,** addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the basis for subject matter jurisdiction; and (4) the prospect for settlement.

    3.    The parties are directed to consult the undersigned's Individual Practices in Civil Cases and to confer on a Civil Case Management Plan and Scheduling Order. The Individual Practices and Civil Case Management Plan may be found on the Court's website: http://nysd.uscourts.gov/judges/Caproni.  The parties must submit the jointly proposed Plan to the Court with their joint letter.

2

4.      By the date of the IPTC, counsel for all parties are required to register as filing users in accordance with the Procedures of Electronic Case Filing and file a Notice of Appearance.

5.      Plaintiffs' counsel is responsible for distributing copies of this order to all parties, including parties that have not yet appeared.

**SO ORDERED.**

**Date:  February 6, 2018**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**