```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BHUTAN INTERNATIONAL FESTIVAL,
LIMITED, and BHUTAN DRAGON EVENTS
AND FESTIVALS, LIMITED,

                   Plaintiffs,

-against-

EDEN PROJECT, EDEN PROJECT LIMITED,
EDEN LAB, and EDENLAB LTD.,

                   Defendants.
------------------------------------------------------------- X

17-CV-8980 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

     WHEREAS on February 6, 2018 (Dkt. 11), the Court ordered the parties to appear for an Initial Pretrial Conference on February 23, 2018; and

     WHEREAS a scheduling conflict has arisen on the Court's calendar;

     IT IS HEREBY ORDERED that the February 23, 2018 conference is ADJOURNED to March 16, 2018 at 10:00 a.m., Courtroom 443, Thurgood Marshall U.S. Courthouse.  All other deadlines shall remain in effect.

**SO ORDERED.**

Date: **February 22, 2018**
      **New York, New York**

*[signature: Valerie Caproni]*
**VALERIE CAPRONI
United States District Judge**