UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BHUTAN INTERNATIONAL FESTIVAL, LIMITED and BHUTAN DRAGON EVENTS AND FESTIVALS, LIMITED,<br><br>                                  Plaintiffs,<br><br>                    -against-<br><br>EDEN PROJECT, EDEN PROJECT LIMITED, EDEN LAB and EDENLAB LTD.,<br><br>                                Defendants. | 17-CV-8980 (VEC)<br><br>AFFIDAVIT OF SERVICE |

UNITED STATES DISTRICT COURT    )
                                          : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

        TAMARA ROZINA, being duly sworn, deposes and says:

        1.     I am not a party to this action, I am over 18 years of age, reside in New York County, New York and am employed by the firm of Seward & Kissel LLP, located at One Battery Park Plaza, New York, New York 10004.

        2.     On February 23, 2018, I served true and correct copies of the Notice of Motion to Dismiss, Memorandum in Support of Motion to Dismiss, and Declaration of Tina Bingham, with the exhibits attached thereto, on Defendants Eden Lab and EdenLab Ltd via Federal Express International Priority delivery, at the following address:

        EdenLab Ltd.
        74 Macrae Road
        Ham Green, Bristol BS20 0DD, England

                                                                                Tamara Rozina

Sworn to before me on:
February 26 2018

_____
Notary Public

                                      STEVEN T. STILL
                                 Notary Public, State of New York
                                    No. 01ST6335157
                                 Qualified in Westchester County
                               Certificate Filed in New York County
                               Commission Expires Jan. 04, 20__

SK 29739 0001 7831373