| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------------------X<br>BHUTAN INTERNATIONAL FESTIVAL,<br>LIMITED, and BHUTAN DRAGON EVENTS<br>AND FESTIVALS, LIMITED,<br><br>                                Plaintiffs,<br><br>          -against-<br><br>EDEN PROJECT, EDEN PROJECT LIMITED,<br>EDEN LAB, and EDENLAB LTD.,<br><br>                                Defendants.   X<br>--------------------------------------------------------------- | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/16/2018<br><br>17-CV-8980 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 23, 2018 (Dkt. 16), Defendants Eden Project and Eden Project Limited filed a motion to dismiss Plaintiffs' Complaint; and

       WHEREAS on March 16, 2018, Plaintiffs, Defendant Eden Project, and Defendant Eden Project Limited appeared for a conference with this Court;

       IT IS HEREBY ORDERED THAT:

       1.     No later than **March 30, 2018**, Plaintiffs must move for a default judgment against Defendants Eden Lab and EdenLab Ltd. If Plaintiffs fail to do so, the Court will dismiss these Defendants for failure to prosecute.

       2.     No later than **March 30, 2018**, Plaintiffs must either respond to Defendants' motion to dismiss or file an Amended Complaint. If Plaintiffs file an Amended Complaint, the motion to dismiss will be denied as moot. If Plaintiffs respond to the motion to dismiss, Defendants must reply no later than **April 13, 2018**.

3. All discovery will be stayed pending resolution of Defendants' motion to dismiss.

**SO ORDERED.**

**Date: March 16, 2018**           **VALERIE CAPRONI**
**New York, New York**             **United States District Judge**

2