UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BHUTAN INTERNATIONAL FESTIVAL
LIMITED; BHUTAN DRAGON EVENTS
AND FESTIVALS LIMITED

                *Plaintiffs,*           Civil Action No.: 1:17-CV-8980

vs.

EDEN PROJECT; EDEN PROJECT
LIMITED; EDEN LAB and EDEN LAB
LIMITED

                *Defendants.*

**Witness Statement of Service in accordance with sub paragraph (b) of article 10, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents In Civil or Commercial Matters**

I, **STEPHEN MARK WILLIAMS**, Process Server, of Across The Pond Process Service, Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales and thus a competent person within the meaning of article 10(b) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("the Convention").

2. Mr Bridgman was in turn acting upon the instructions of Edward G. Bailey, a registered attorney admitted in New York State, and thus a judicial officer of the state of origin within the meaning of article 10(b) of the Convention.

3. On Monday the 4th day of June 2018 at 1512 hours, I served Eden Lab Limited, one of the Defendants herein, with the Plaintiff's First Amended Complaint, Redlined Version, together with the Plaintiff's First Amended Complaint, non-Redlined Version, by delivering them both to and leaving them both at the Registered Office of Eden Lab Limited, namely 74 Macrae Road, Ham Green, Bristol, BS20 0DD, England, which is a method of service in accordance with English Court rules.

4. Service has thus been effected in accordance with a method prescribed by the internal law of England and Wales and also in accordance with article 10(b) of the Convention.

5. At the time of service as aforesaid, the said documents were left on a table in the reception area of Paradigm Norton Financial Planning, which acts for Eden Lab Limited as Registered Office.

I believe, and declare under penalty of perjury, that the facts stated in this witness statement are true.

Dated: 5/6/18

Signed: *[signature]*

**STEPHEN MARK WILLIAMS**